UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED FINANCIAL CASUALTY COMPANY,

    Plaintiff(s),

v.

RAPID AGE GROUP LLC et al.,

    Defendant(s).

CASE NO. 3:23−cv−06068−DGE

ORDER OF DEFAULT

THIS MATTER comes before the Clerk of Court on Plaintiff United Financial Casualty Company's motion pursuant to FRCP 55(a) and LCR 55(a), and it appearing that

Defendant Rapid Age Group LLC has failed to timely plead or otherwise defend in this action, the default of Defendant Rapid Age Group LLC is hereby entered.

IT IS SO ORDERED.

DATED: The 2nd of January 2024

                    RAVI SUBRAMANIAN

                    /s/Gretchen Craft
                    Deputy Clerk

ORDER OF DEFAULT
Page 1