1    Honorable David G. Estudillo

2

3

4

5

6                  UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF WASHINGTON
7                         AT TACOMA

8

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer; | No.  3:23-cv-6068-DGE |
| Plaintiff, | **STIPULATED DISMISSAL** |
| v. | *Clerk's Action Required* |
| RAPID AGE GROUP, LLC, a Washington Limited Liability Company; VITALIY PAPIRNIK and IRINA PAPIRNIK, individually and as the marital community comprised thereof; THE ESTATE OF ERICK TSOSIE; THE ESTATE OF CALSIE SOCKYMA; THE ESTATE OF JAVAN RUNNELS; THE ESTATE OF FELIX BEGAY; THE ESTATE OF CERRA CORNER; THE ESTATE OF LISA ESPARANZA; and ANTHONY PENA, an individual; | |
| Defendants. | |

19        TO:        The Clerk of the Court;

20        AND TO:    All Parties and their Counsel of Record.

21        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff United Financial Casualty Company

22    (UFCC), and all appearing defendants hereby stipulate and agree that this matter may be

23    dismissed without prejudice and without fees or costs to any party.

STIPULATED DISMISSAL – 1
CAUSE NO. 3:23-cv-6068-DGE

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1    DATED this 18th day of July 2024.

2    LETHER LAW GROUP                          DAVIS LAW GROUP, P.S.

3    */s/ Eric J. Neal*                         */s/ Kyle Jones*
     Eric J. Neal, WSBA #31863                 Christopher M. Davis, WSBA #23234
4    Kasie Kashimoto, WSBA #54268              Kyle Jones, WSBA #50838
     1848 Westlake Avenue N, Suite 100         2101 Fourth Avenue, Suite 1030
5    Seattle, WA 98109                         Seattle, WA 98121
     P: (206) 467-5444/F: (206) 467-5544       P: 206-727-4000
6    eneal@letherlaw.com                       F: 206-727-4001
     kkashimoto@letherlaw.com                  chris@davislawgroupseattle.com
7    *Counsel for United Financial Casualty*   kyle@davislawgroupseattle.com
     *Company*                                 *Counsel for Estate of Felix Begay and the*
8                                              *Estate of Erick Tsosie*
     HERMANN LAW GROUP
9
     */s/ Stephen Trinen*
10   Stephen Trinen, WSBA #30925
     505 5th Ave South, Suite 330
11   Seattle, WA 98104
     P: 206-457-4204
12   F: 206-457-4205
     steve@hlg.lawyer
13   john@hlg.lawyer
     *Counsel for Estate of Javan Xavier Runnels*
14

15

16

17

18

19

20

21

22

23

STIPULATED DISMISSAL – 2
CAUSE NO. 3:23-cv-6068-DGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

| | |
|---|---|
| Chris Davis | Stephen Trinen |
| Kyle Jones | John Hermann |
| Davis Law Group PS | Herrmann Law Group |
| 2101 4th Ave Ste 1030 | 505 5th Ave S #330 |
| Seattle, WA 98121 | Seattle, WA 98104 |
| chris@davislawgroupseattle.com | john@hlg.lawyer |
| kyle@davislawgroupseattle.com | steve@hlg.lawyer |
| *Counsel for Estate of Felix Begay &* | *Counsel for Estate of Javan Runnels* |
| *Erick Tsosie* | |

**By:**      **[ ] First Class Mail**          **[X] ECF/Email**          **[ ] Legal Messenger**

DATED this 18th day of July 2024 at Seattle, Washington.

*/s/ Judy Tustison*
Judy Tustison | Paralegal

STIPULATED DISMISSAL – 3
CAUSE NO. 3:23-cv-6068-DGE

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544