Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurer;<br><br>Plaintiff,<br>v.<br>RAPID AGE GROUP, LLC, a Washington Limited Liability Company; VITALIY PAPIRNIK and IRINA PAPIRNIK, individually and as the marital community comprised thereof; THE ESTATE OF ERICK TSOSIE; THE ESTATE OF CALSIE SOCKYMA; THE ESTATE OF JAVAN RUNNELS; THE ESTATE OF FELIX BEGAY; THE ESTATE OF CERRA CORNER; THE ESTATE OF LISA ESPARANZA; and ANTHONY PENA, an individual;<br><br>Defendants. | No. 3:23-cv-6068-DGE<br><br>**ORDER DISMISSING CASE** |

In this matter, having come before the Court on the parties' Stipulated Dismissal, and the Court having considered all records and pleadings on file and finding good cause therein, it is hereby ORDERED that this matter may be dismissed without prejudice and without fees or costs to any party.

DATED this 24th day of July 2024.

David G. Estudillo
United States District Judge

[PROPOSED] ORDER DISMISSING CASE – 1
CAUSE NO. 3:23-cv-6068-DGE

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  Presented by:

2  LETHER LAW GROUP

3  */s/ Kasie Kashimoto*
   Eric J. Neal, WSBA #31863
4  Kasie Kashimoto, WSBA #54268
   1848 Westlake Avenue N, Suite 100
5  Seattle, WA 98109
   P: (206) 467-5444/F: (206) 467-5544
6  eneal@letherlaw.com
   kkashimoto@letherlaw.com
7  *Counsel for United Financial Casualty Company*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER DISMISSING CASE – 2
CAUSE NO. 3:23-cv-6068-DGE